NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3128

ROBERT R. FARRELL, SR.,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

Petition for review of the Merit Systems Protection Board
in PH3443070347-I-1.

ON MOTION

O R D E R

Robert R. Farrell, Sr. moves to reinstate his petition for review.

Farrell submitted a USERRA Notification Form and thus the requirement that he pay the docketing fee is waived. Because it does not appear that Farrell's Merit Systems Protection Board case involved a claim of discrimination over which this court would not have jurisdiction, the requirement that he file a completed Fed. Cir. R. 15(c) statement is waived.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion will be granted, the mandate will be recalled, the dismissal order will be vacated, and the petition for review will be reinstated, if Farrell files a completed informal brief (form enclosed) within 21 days of the date of filing of this order.

(2)    The requirements that Farrell pay the docketing fee or file a Fed. Cir. R. 15(c) statement are waived.

FOR THE COURT

MAY 2 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 0 2009

JAN HORBALY
CLERK

cc:    Robert R. Farrell, Sr. (informal brief form enclosed)
       Joyce G. Friedman, Esq.

s8

2009-3128                    - 2 -